# United States Court of Appeals

## For the First Circuit

---

No. 11-1614

IN RE REDONDO CONSTRUCTION CORPORATION,

Debtor.

---

REDONDO CONSTRUCTION CORPORATION,

Claimant, Appellee,

v.

PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY,

Respondent, Appellant.

---

**ERRATA SHEET**

The opinion of this Court issued on May 11, 2012, is corrected as follows:

On p.19, ll.7-11, replace "But this rule is plainly inapposite and could not have provided a basis for the bankruptcy court's award of prejudgment interest: by its terms, Rule 44.3(b) does not apply when the defendant is either the Commonwealth of Puerto Rico or one of its agencies." with "But this rule could not have provided a basis for the bankruptcy court's award of prejudgment interest because the court made no finding regarding the Authority's temerity or obstinance. See Dopp v. Pritzker, 38 F.3d 1239, 1252 (1st Cir. 1994)."